AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| STARR INDEMNITY & LIABILITY COMPANY, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-23783 |
| VICTAULIC COMPANY, a New Jersey Corporation | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STARR INDEMNITY & LIABILITY COMPANY as Subrogee of SUNNY ISLES PROPERTY VENTURE LLC.

Date:   10/27/2021

/s/ George D. Pilja
*Attorney's signature*

George D. Pilja, Florida Bar No. 0097391
*Printed name and bar number*

Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois  60601
*Address*

gpilja@fgppr.com
*E-mail address*

(312) 863-5010
*Telephone number*

(312) 863-5099
*FAX number*